IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **JONG BOK LEE,** | ) | NO. 21-06305 |
| | ) | |
| Debtor(s). | ) | |

### NOTICE OF MOTION

TO:   Office of U.S. Trustee- Service through CM/ECF
Jane H. Park - Service through CM/ECF
Jong Bok Lee, 4464 Brighton Ct., Gurnee, IL 60031 - Service by First Class U.S. Mail

**PLEASE TAKE NOTICE** that on February 18, 2022 at 11:00 a.m., I will appear before the Honorable A. Benjamin Goldgar or any judge sitting in that judge's place and present the Motion For Turnover Of Vehicle Pursuant To Section 543(B) Of The Bankruptcy Code, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 160 817 7512 and the password is 623389. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ JOSEPH E. COHEN
JOSEPH E. COHEN
105 W. Madison St., Ste 1100
Chicago, IL 60602
312/368-0300
jcohen@cohenandkrol.com

STATE OF ILLINOIS )
) SS
COUNTY OF C O O K )

    JOSEPH E. COHEN, being first duly sworn on oath, deposes and states that he served a copy of the foregoing Notice together with a copy of the motion attached thereto, directed to the persons shown above, via electronic filing or U. S. Mail, this 7th day of February, 2022.

    /s/   JOSEPH E. COHEN

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| **JONG BOK LEE,** | ) | NO. 21-06305 |
| | ) | |
| Debtor(s). | ) | Judge A. Benjamin Goldgar |

**MOTION FOR TURNOVER OF VEHICLE
PURSUANT TO SECTION 543(b) OF THE BANKRUPTCY CODE**

TO THE HONORABLE **A. BENJAMIN GOLDGAR,**
BANKRUPTCY JUDGE

Now comes, JOSEPH E. COHEN, Trustee herein, and respectfully represents unto this Honorable Court as follows:

1. The above-named debtor filed his Chapter 7 petition on May 13, 2021.

2. That Joseph E. Cohen is the duly appointed Trustee in Bankruptcy herein.

3. That Section 543(b) of the Bankruptcy Code states as follows:

    **(b)** A custodian shall—
    **(1)**
    deliver to the trustee any property of the debtor held by or transferred to such custodian, or proceeds, product, offspring, rents, or profits of such property, that is in such custodian's possession, custody, or control on the date that such custodian acquires knowledge of the commencement of the case; and
    **(2)**
    file an accounting of any property of the debtor, or proceeds, product, offspring, rents, or profits of such property, that, at any time, came into the possession, custody, or control of such custodian.

4. That the debtor is the owner of a 2012 Acura MDX which the debtor stated had a value of $5,000.00. The Trustee believes the vehicle has a value of at least $18,000.00.

5. That the Trustee needs the turnover of the 2012 Acura MDX from the Debtor

Document      Page 4 of 4

in order to sell the vehicle to obtain proceeds for the bankruptcy estate which will be distributed to the creditors of this estate.

WHEREFORE, JOSEPH E. COHEN, Trustee herein, prays for the entry of an order directing the debtor to turnover to the Trustee the 2012 Acura MDX identified above within seven days of the entry of an order and for such other and further relief as the Court shall deem proper.

JOSEPH E. COHEN
GINA B. KROL
COHEN & KROL
105 W. Madison St., Ste 1100                    /s/ *Joseph E. Cohen*
Chicago, IL  60602                               JOSEPH E. COHEN, Trustee
(312)368-0300